with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERSKINE HEWITT, as Substituted Trustee, etc., v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., and SARAH COOPER HEWITT and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THOMAS SHOTKIN v. HENRIETTA P. ASHTON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

KEYSTONE HARDWARE CORPORATION v. PATRICK TAGUE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARSTEIN HOLDING CORPORATION v. ABRAHAM M. PARISER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

PERCIVAL WILDS, as Trustee in Bankruptcy, etc., v. LEBANON NATIONAL BANK, a Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE LILEOL CORPORATION v. THE FERONIA HOLDING COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BANQUE BELGE POUR L'ETRANGER v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LACE SELLING COMPANY v. BARNET SHAPIRO and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

NICHOLAS BUCCI, as Receiver, etc., v. ALEXANDER T. HUSSEY, Substituted as Defendant in Place and Stead of EMPIRE TRUST COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER A. TAYLOR and Others v. MAX KURZROK and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

JOHN MACGINNISS v. IRVING NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY, LTD., v. STATE TAX COMMISSION and THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY, LTD., v. STATE TAX COMMISSION and THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLIE E. EWELL v. ANNIE P. EWELL and Another, as Executrices, etc., of JAMES L. EWELL, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

HENRY E. MOORE v. WILLIAM R. JONES and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee, etc., v.